# Order

**Lansing, Michigan**

January 24, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147827 & (24)

ELIJAH BENNET, a Minor, by his
Conservator EBONIE BENNETT,
        Plaintiff-Appellee,

v

SINAI HOSPITAL OF GREATER DETROIT,
d/b/a SINAI-GRACE HOSPITAL, and DAVID
STONE, M.D.,
        Defendants-Appellants,

and

LISA CARDWELL, M.D.,
        Defendant.
_____/

SC: 147827
COA: 314470
Wayne CC: 06-635426-NH

      On order of the Chief Justice, the stipulation to dismiss the application for leave to appeal is GRANTED. The dismissal is with prejudice and without costs or fees to any party.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

January 24, 2014



Clerk